# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2006

131953

EASTERN MICHIGAN UNIVERSITY,
      Plaintiff-Appellant,

v

AMERICAN ASSOCIATION OF
UNIVERSITY PROFESSORS-
EASTERN MICHIGAN UNIVERSITY
CHAPTER,
      Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131953
COA: 257668
Washtenaw CC: 03-001303-CL

_____/

On order of the Court, the application for leave to appeal the July 18, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2006

_____
Clerk

11218